**Ronald T. SEAWORTH, Appellant,**

v.

**RED LAKE COUNTY; Mitch Bernstein, Sheriff; Brad Johnson, Chief Deputy Sheriff; Louisville Township Board; John Stich, Chairman; Paul Heng; Arley Schultz; Jean Beyer; Jack McKeever, all in their personal and professional capacities, Appellees.**

No. 07–2858.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 7, 2008.

Filed: Dec. 2, 2008.

Ronald T. Seaworth, East Grand Forks, MN, pro se.

Kenneth H. Bayliss III, Quinlivan & Hughes, St. Cloud, MN, Jon J. Cline, Svingen & Hagstrom, Fergus Falls, MN, for Appellees.

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Ronald T. Seaworth appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully considered Seaworth's arguments for reversal and conducted de novo review of the record, *see Johnson v. Outboard Marine Corp.*, 172 F.3d 531, 535 (8th Cir.1999) (standard of review), we agree with the district court that summary judgment was warranted. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1.  The Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).